United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CHAN YUK,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01883** |
| | § | |
| **DAVID COLES, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On October 25, 2026, Respondents informed the Court that United States Enforcement and Removal Operations intended to remove Petitioner a minimum of five days from filing its Advisory. (Dkt. 7 at 1.) Respondents are **ORDERED** to submit an advisory **on or before December 2, 2026**, informing the Court whether Petitioner remains detained.

IT IS SO ORDERED.

SIGNED this November 20, 2026.

Diana Saldaña
United States District Judge